STATE OF NEW JERSEY v. JOHN HENNESSEY.

February 15, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS J. CUNNINGHAM.

February 15, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. EARL C. DAVIS.

February 15, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT AUFIERO.

February 15, 1972.  Petition for certification denied.

JUNE S. GORDON v. CHARLES BESSER COMPANY, *ET AL.*

February 15, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HAL MORONE.

February 15, 1972.  Petition for certification denied.